

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Twin Restaurant LV-2, LLC; Twin
Restaurant Holding, LLC; FAT Brands, Inc.

# UNITED STATES DISTRICT COURT
## DISTRICT OF ~~CLARK COUNTY~~, NEVADA

| | |
|---|---|
| Frank Schurr, an individual<br><br>Plaintiff<br><br>vs.<br><br>Twin Restaurant LV-1, LLC dba Twin Peaks, a domestic limited liability company, Twin Restaurant LV-2, LLC dba Twin Peaks, a domestic limited liability company, a foreign corporation; Twin Restaurant Holding, LLC a foreign limited liability company, Fat Brands Inc., a foreign corporation; Roe Distributors I through X, Roe Manufacturers I through X, Roe Business Entities, I through X; and DOE Individuals I through X; Inclusive,<br><br>Defendants | Case No.: 2:22-cv-01759-CDS-DJA<br><br>**Stipulation and Order to Extend Deadline To File Reply In Support of Motion To Dismiss** |

     The parties, by and through their respective counsel of record, hereby submit this stipulation and order to continue the scheduled briefing deadlines. The parties first stipulated to extend the discovery deadlines on February 17, 2023 (ECF No. 28) which the Court granted on February 21, 2023 (ECF No. 29). The parties continued the deadlines again on June 30, 2023 (ECF No. 38), which the Court granted on July 3, 2023 (ECF No. 39).

     On August 14, 2023, Defendants Fat Brands, Inc. and Twin Restaurant Holdings, LLC filed a motion to dismiss (ECF No. 46). Plaintiffs opposed on August 28, 2023 (ECF No. 51). The reply

286525215v.1

brief is due September 5, 2023. Defendants need additional time to review and formulate their reply brief, and the parties are in agreement to continue this deadline to September 12, 2023.

The new deadlines would be:

| Event | Current Date | New Date |
|---|---|---|
| Defendants' Reply Brief In Support of ECF No. 46 | September 5, 2023 | September 12, 2023 |

WILSON ELSER

*/s/ Jonathan C. Pattillo, Esq.*
Michael P. Lowry, Esq.
Nevada Bar No. 10666
Jonathan C. Pattillo, Esq.
Nevada Bar No. 13929
Attorneys for Twin Restaurant LV-2, LLC; Twin Restaurant Holding, LLC; Fat Brands Inc.

VALIENTE MOTT, LTD.

*/s/James A. Trummell, Esq.*
James A. Trummell, Esq.
Nevada Bar No. 14127
Timothy A. Mott, Esq.
Nevada Bar No. 12828
Attorneys for Plaintiff

**Order**

IT IS SO ORDERED.

_____
Cristina D. Silva
United States District Judge

DATED: September 5, 2023

-2-

286525215v.1