

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Twin Restaurant LV-2, LLC; Twin Restaurant Holding, LLC; FAT Brands, Inc.

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| Frank Schurr, an individual<br><br>Plaintiff,<br><br>vs.<br><br>Twin Restaurant LV-1, LLC dba Twin Peaks, a domestic limited liability company, Twin Restaurant LV-2, LLC dba Twin Peaks, a domestic limited liability company, a foreign corporation; Twin Restaurant Holding, LLC a foreign limited liability company, Fat Brands Inc., a foreign corporation; Roe Distributors I through X, Roe Manufacturers I through X, Roe Business Entities, I through X; and DOE Individuals I through X; Inclusive,<br><br>Defendant. | Case No.: 2:22-cv-1759-CDS-DJA<br><br>**Stipulation and Order to Extend Discovery Deadlines**<br><br>(Fourth Request) |

Pursuant to Federal Rule of Civil Procedure 29(b) and Local Rules IA 6-1, 7-1 and 26-3, the parties hereby submit the following Stipulation and Order to Extend Discovery Deadlines (Third Request) to extend the discovery deadlines and all related case management deadlines, as set forth the order granting the parties' discovery plan (ECF No. 59) for 180 days.

**I.     Discovery Completed To Date**

    **a.** Plaintiff's Written Disclosures of Witnesses and Documents;

    **b.** Defendant's Written Disclosures of Witnesses and Documents;

    **c.** Written Discovery (Request for Production of Documents and Written

        Interrogatories) to Plaintiff;

286702386v.1

    **d.** Written Discovery (Request for Production of Documents and Written Interrogatories) to Defendants.

    **e.** Additional written discovery (Request for Production of Documents, Request for Admission and Written Interrogatories) to Defendants.

**II.**   **Discovery Remaining**

    **a.** Deposition of Plaintiff

    **b.** Deposition of 30(b)(6) Witness

    **c.** Deposition of Percipient Witnesses

    **d.** Deposition of Experts

**III.**   **Reasons for Requested Extension**

The parties would like an additional 180-days because new parties are joining this case. Previously, the parties extended the discovery deadlines 90 days (ECF No. 58) because on April 21, 2023, Plaintiff filed a motion for leave to amend his complaint (ECF No. 34). This motion would add Sysco Las Vegas, Inc., Sysco USA 1, Inc. and Sysco Corporation (the "Sysco Entities"). The Sysco Entities did not appear until October 20, 2023 (ECF No. 65). Two of the Sysco Entities were later dismissed also (ECF No. 64). The parties now wish to add additional parties (National Frozen Foods Corporation and PNW Veg Co, LLC) and Plaintiff will be filing a stipulation soon to add them as defendants. Because of these new parties, the parties wish to extend discovery for a sufficient time to allow for retention of experts and deposition of fact witnesses. The parties have learned that travel may be necessary for the inspection of the object that caused Plaintiff's injury and it is likely that the new parties will want to conduct written discovery first after joining to better prepare for experts. Thus, the time proposed is not unreasonable.

/ / /

/ / /

/ / /

/ / /

/ / /

-2-

286702386v.1

IV. **Current Dates and Requested Extensions**

| Event | Current Date | Proposed Date |
|---|---|---|
| Last Date to Add Parties or Amend Complaint | December 13, 2023 | July 26, 2024 |
| Last Date to Disclose Initial Expert Witnesses | December 13, 2023 | July 26, 2024 |
| Last Date to Disclose Rebuttal Expert Witnesses | January 12, 2024 | August 26, 2024 |
| Close of Discovery | March 29, 2024 | September 25, 2024 |
| Dipositive Motions | April 26, 2024 | October 25, 2024 |
| Pre-Trial Order | May 24, 2024 | November 22, 2024 |

| WILSON ELSER | VALIENTE MOTT, LTD. |
|---|---|
| */s/ Jonathan C. Pattillo, Esq.* <br> Michael P. Lowry, Esq. <br> Nevada Bar No. 10666 <br> Jonathan C. Pattillo, Esq. <br> Nevada Bar No. 13929 <br> Attorneys for Twin Restaurant LV-2, LLC; Twin Restaurant Holding, LLC; Fat Brands Inc. | */s/James A. Trummell, Esq.* <br> James A. Trummell, Esq. <br> Nevada Bar No. 14127 <br> Timothy A. Mott, Esq. <br> Nevada Bar No. 12828 <br> Attorneys for Plaintiff |
| TYSON MENDES LLP <br><br> */s/Grffith Hayes, Esq.* <br> Griffith H. Hayes, Esq. <br> Nevada Bar No. 7374 <br> Attorneys for Sysco las Vegas, Inc. | |

**Order**

IT IS SO ORDERED.

DATED: 11/27/2023

United States Magistrate Judge

-3-