TIMOTHY A. MOTT, ESQ.
Nevada Bar No. 12828
*tim@valientemott.com*
JAMES A. TRUMMELL, ESQ.
Nevada Bar No. 14127
*jim@valientemott.com*
PETER PETERSEN, ESQ.
Nevada Bar No. 14256
*peter@valientemott.com*
**VALIENTE MOTT, LTD.**
700 South 7th Street
Las Vegas, NV 89101
Telephone: (702) 623-2323
Facsimile: (702) 623-2323

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRANK SCHURR, an individual,<br><br>Plaintiff<br><br>v.<br><br>TWIN RESTAURANT LV-2, LLC dba TWIN PEAKS, a domestic limited liability company, a foreign corporation; TWIN RESTAURANT HOLDING, LLC, a foreign limited liability company, FAT BRANDS INC., a foreign corporation; ROE DISTRIBUTORS I through X, ROE MANUFACTURERS I through X, ROE BUSINESS ENTITIES, I through X; and DOE INDIVIDUALS I through X; Inclusive,<br><br>Defendants | Case No.:     2:22-cv-01759-CDS-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE DEFENDANT TWIN RESTAURANT HOLDING, LLC ONLY** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff FRANK SCHURR, by and through his counsel of record James A. Trummell, Esq. of VALIENTE MOTT LTD., Defendants TWIN RESTAURANT LV-2, LLC and FAT BRANDS, INC. and TWIN RESTAURANT HOLDING, LLC, by and through their counsel of record Michael P. Lowry, Esq. and Jonathan C. Pattillo, Esq. of WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP, and Defendant SYSCO LAS VEGAS, INC., by and through its counsel of record Griffith H.



1  Hayes, Esq. and Ty Maynarich, Esq., of TYSON & MENDES LLP, that Plaintiff's claims against
2  Defendant TWIN RESTAURANT HOLDING, LLC, only, shall be withdrawn and dismissed
3  without prejudice.
4      IT IS FURTHER STIPULATED AND AGREED that Plaintiff will not amend his
5  Complaint to bring forth allegations against Defendant TWIN RESTAURANT HOLDING, LLC,
6  for purposes of alleging personal jurisdiction of this court.
7      IT IS FURTHER STIPULATED AND AGREED that the remaining Defendants, TWIN
8  RESTAURANT LV-2, LLC; FAT BRANDS, INC.; and/or SYSCO LAS VEGAS, INC. shall not
9  make any arguments, references, statements, inferences, or otherwise imply that Defendant TWIN
10 RESTAURANT HOLDING, LLC has any culpability or liability, shared or otherwise, related to
11 the subject incident, which occurred on October 7, 2021 and is the basis of this lawsuit.
12     IT IS FURTHER STIPULATED AND AGREED that each party shall bear their own fees
13 and costs in connection with the dismissal of Defendant TWIN RESTAURANT HOLDING, LLC.
14     IT IS SO STIPULATED.

DATED this 12th day of April 2024.

VALIENTE MOTT, LTD.

*/s/ James A. Trummell*_____
JAMES A. TRUMMELL, ESQ.
Nevada Bar No. 14127
700 S. Seventh Str.
Las Vegas, NV 89101
*Attorneys for Plaintiff*

DATED this 12th day of April 2024.

TYSON & MENDES LLP

*/s/ Griffith H. Hayes*
_____
GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 7374
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
*Attorney for Defendant SYSCO LAS VEGAS, INC.*

DATED this 12th day of April 2024.

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP.

*/s/ Jonathan C. Pattillo*
_____
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
*Attorneys for Defendants
Twin Restaurant LV-2, LLC; Twin
Restaurants Holding, LLC; and FAT
Brands, Inc.*

# ORDER

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against Defendant TWIN RESTAURANT HOLDING, LLC, *only*, shall be withdrawn and dismissed without prejudice.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff will not amend his Complaint to bring forth allegations against Defendant TWIN RESTAURANT HOLDING, LLC, for purposes of alleging personal jurisdiction of this court.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the remaining Defendants, TWIN RESTAURANT LV-2, LLC; FAT BRANDS, INC.; and/or SYSCO LAS VEGAS, INC. shall not make any arguments, references, statements, inferences, or otherwise imply that Defendant TWIN RESTAURANT HOLDING, LLC has any culpability or liability, shared or otherwise, related to the subject incident, which occurred on October 7, 2021 and is the basis of this lawsuit.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that each party shall bear their own fees and costs in connection with the dismissal of Defendant TWIN RESTAURANT HOLDING, LLC.

Dated: April 15, 2024

_____
UNITED STATES DISTRICT JUDGE

RESPECTFULLY SUBMITTED BY:

**VALIENTE MOTT, LTD**.

*/s/ James A. Trummell*

JAMES A. TRUMMELL, ESQ.
Nevada Bar No. 14127
700 S. Seventh Str.
Las Vegas, NV 89101
Telephone: (702) 623-2323

*Attorneys for Plaintiff*