TIMOTHY A. MOTT, ESQ.
Nevada Bar No. 12828
*tim@valientemott.com*
JAMES A. TRUMMELL, ESQ.
Nevada Bar No. 14127
*jim@valientemott.com*
PETER PETERSEN, ESQ.
Nevada Bar No. 14256
*peter@valientemott.com*
**VALIENTE MOTT, LTD.**
700 South 7th Street
Las Vegas, NV 89101
Telephone: (702) 623-2323
Facsimile: (702) 623-2323

*Attorneys for Plaintiff*

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| FRANK SCHURR an individual,<br><br>Plaintiff,<br><br>v.<br><br>TWIN RESTAURANT LV-2, LLC dba TWIN PEAKS, a domestic limited liability company, a foreign corporation; TWIN RESTAURANT HOLDING, LLC, a foreign limited liability company; FAT BRANDS, INC., a foreign corporation; SYSCO LAS VEGAS, INC., a foreign corporation; SYSCO USA 1, INC., a foreign corporation; SYSCO CORPORATION, a foreign corporation; ROE DISTRIBUTORS I through X, ROE MANUFACTURERS I through X, ROE BUSINESS ENTITIES, I through X; and DOE INDIVIDUALS I through X; Inclusive,<br><br>Defendants. | Case No.:   2:22-cv-1759-CDS-DJA<br><br>**PLAINTIFF'S FIRST STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>(**5th Request**) |

Pursuant to Federal Rule of Civil Procedure 29(b) and Local Rules IA 6-1, 7-1 and 26-3, Plaintiff Frank Schurr, hereby submits the following Stipulation and Order to Extend Discovery Deadlines (Fifth Request) to extend the discovery deadlines and all related case management deadlines, as set forth the order granting the parties' discovery plan (ECF No. 59) for sixty (60) days.

1

## I. DISCOVERY COMPLETED TO DATE

1. Plaintiff's Written Disclosures of Witnesses and Documents.
2. Defendant's Written Disclosures of Witnesses and Documents.
3. Written Discovery (Request for Production of Documents and Written Interrogatories) to Plaintiff.
4. Written Discovery (Request for Production of Documents and Written Interrogatories) to Defendants.
5. Additional written discovery (Request for Production of Documents, Request for Admission and Written Interrogatories) to Defendants.
6. **Initial FRCP Rule 34(a)(2) Inspection of Subject Wire performed March 27, 2024.**
7. **Deposition of Plaintiff Frank Schurr, taken April 10, 2024.**
8. **Deposition of Witness, Travis Schurr, taken April 10, 2024.**
9. **Deposition of Craig Schneider, Assistant Manager for Defendant Twin Peaks, taken April 22, 2024.**
10. **Deposition of Jaime Valerino, Line Cook for Defendant Twin Peaks, taken June 26, 2024.**

## II. DISCOVERY REMAINING TO BE COMPLETED

1. Deposition of 30(b)(6) Witness.
2. Deposition of Percipient Witnesses.
3. Deposition of Experts.
4. Site Inspection of Defendant Twin Peaks' Kitchen.
5. Second Laboratory Inspection of Foreign Object retrieved from Plaintiff's mouth.
6. Additional depositions deemed necessary;
7. Initial Expert Disclosures:
8. Rebuttal Expert Disclosures;
9. Additional written discovery; and
10. Any other discovery deemed necessary by the parties.

### III. REASONS FOR REQUESTED EXTENSION

At the time of the Initial FRCP Rule 34(a)(2) Inspection of subject wire performed March 27, 2024, in a specialized laboratory in Southern California, the parties' experts and the laboratory technicians agreed that the subject wire (foreign object) required a specialized sanitization process before it could be further analyzed by the laboratory equipment. At the time of scheduling for the final inspection of the subject wire, counsel for Defendant Twin Peaks indicating on May 10, 2024, that Defendant Twin Peaks would potentially agree to concede liability if Plaintiff would agree to vacate the second inspection, agree not to inspect the kitchen, and vacate the depositions of two (2) line cooks, to save on litigation expenses. On May 13, 2024, counsel for the Plaintiff agreed to reschedule the inspection only for the time being, on the basis that a proposed Stipulation to Concede Liability would be prepared and provided for approval. Plaintiff, in good faith, rescheduled the second lab inspection of the subject wire (pending August 2024 confirmation from all parties and their respective experts' availability), and suspended all scheduling of the kitchen inspection. After several more discussions regarding liability, on June 26, 2024, counsel for Defendant Twin Peaks informed Plaintiff's counsel that Twin Peaks could not agree on terms of mediation, nor agree to Stipulate to Liability. As such, the parties would like an additional 60 days to allow sufficient time to complete the second laboratory testing of the subject wire, inspection of the Twin Peaks Kitchen, and deposition of fact witnesses regarding liability.

The parties have been working together toward a fair and judicious discovery but require more time and discovery to determine how the foreign object came to be in Plaintiff's food plate.

### IV. CURRENT DATES AND REQUESTED EXTENSIONS

Based on the foregoing, the parties respectfully request that the Court grant this joint request to extend the scheduling deadlines for an additional sixty (60) days as follows:

| SCHEDULING DEADLINE | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Discovery Cutoff | 9/25/2024 | **11/24/2024** |
| Last day to file motions to amend pleadings or add parties | 7/26/2024 | **9/24/2024** |

3

| Last day to make initial expert disclosures | 7/26/2024 | **9/24/2024** |
|---|---|---|
| Last day to make rebuttal expert disclosures | 8/26/2024 | **10/25/2024** |
| Last day to file dispositive motions and motions in limine | 10/25/2024 | **12/24/2024** |
| Trial | **TBD** | **TBD** |

## V. TRIAL DATE

This extension may require the trial setting to be continued although the parties are not formally requesting a of continuation of the trial date at this time.

WHEREFORE, the aforesaid parties, by and through their respective undersigned counsel of record, stipulate to extend the discovery deadlines as outlined above and would ask that the Court set the new dates as stipulated by the parties and issue an amended trial order.

DATED this 4th day of July 2024.

**VALIENTE MOTT, LTD.**

*/s/ James A. Trummell*

_____
TIMOTHY A. MOTT, ESQ.
Nevada Bar No. 12828
JAMES A. TRUMMELL, ESQ.
Nevada Bar No. 14127
PETER PETERSEN, ESQ.
Nevada Bar No. 14256
700 South 7th Street
Las Vegas, Nevada 89101
Phone/Fax: (702) 623-2323
Fax: (702) 623-2323
EML: jim@valientemott.com

*Attorneys for Plaintiff*

DATED this 4th day of July 2024.

**TYSON MENDES LLP**

*/s/ Griffith H. Hayes*

_____
GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 7374
TY M. MAYNARICH, ESQ.

DATED this 4th day of July 2024.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

*/s/ Jonathan C. Pattillo*

_____
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Telephone: (702) 727-1400
Fax: (702) 727-1401
EML: Michael.Lowry@wilsonelser.com
        Jonathan.Pattillo@wilsonelser.com

*Attorneys for Defendants*
*TWIN RESTAURANT LV-2, LLC; TWIN RESTAURANT HOLDING, LLC; FAT BRANDS, INC.*

4

Nevada Bar No. 14584
2835 St. Rose Parkway, Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Fax: (702) 410-7684
EML: ghayes@tysonmendes.com
EML: tmaynarich@tysonmendes.com

*Attorney for Defendants*
SYSCO LAS VEGAS, INC.

# ORDER

Based on the foregoing Stipulation and good cause appearing:

**IT IS HEREBY ORDERED** that the discovery deadlines will be extended and that the Scheduling Order be amended as follows:

### Scheduling Deadline

| | |
|---|---|
| Last day to file motions to amend pleadings or add parties | September 24, 2024 |
| Last day to make initial expert disclosures | September 24, 2024 |
| Last day to make rebuttal expert disclosures | October 25, 2024 |
| Last day to complete discovery | November 24, 2024 |
| Last day to file dispositive motions and ~~motions in limine~~ | December 24, 2024 |
| Joint Pretrial Order Deadline | January 23, 2025 |

**IT IS SO ORDERED.**

DATED this 9th day of July 2024.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

**VALIENTE MOTT, LTD.**

*/s/ James A. Trummell*
_____
JAMES A. TRUMMELL, ESQ.
Nevada Bar No. 14127
700 South 7th Street
Las Vegas, Nevada 89101
T/F: (702) 623-2323
EML: jim@valientemott.com

*Attorneys for Plaintiff*

1:32 PM

To: **Griffith Hayes** | ghayes@TysonMendes.com, **Christina Espinosa** | christina@valientemott.com, **Lowry, Michael** | Michael.Lowry@wilsonelser.com

Cc: **James Trummell** | jamestrummell@gmail.com, **America Reyes** | America@valientemott.com, **Heidi Brown** | HBrown@TysonMendes.com

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Approved for my esig too.

Jonathan C. Pattillo

Attorney at Law

Wilson Elser Moskowitz Edelman & Dicker LLP

6689 Las Vegas Blvd. South, Suite 200

Las Vegas, NV 89119

702.727.1268 (Direct)

702.727.1400 (Main)

702.727.1401 (Fax)

jonathan.pattillo@wilsonelser.com

---

From: **Griffith Hayes** | ghayes@TysonMendes.com

To: **Christina Espinosa** | christina@valientemott.com

Thursday, Jul 4 at 1:19 PM

**EXTERNAL EMAIL** This email originated from outside the organization.

Okay to affix my signature. Griff



### Griffith H. Hayes

**Partner**

2835 St. Rose Parkway, Suite 140

Henderson, Nevada 89052

Phone: 702.724.2648

Direct: 725.210.6781

Fax: 702.410.7684

GHayes@Tysonmendes.com

www.Tysonmendes.com

*This email and any attachments are from the law firm of Tyson & Mendes, LLP.  This email is intended only for the use of the addressee and may contain information that is proprietary, confidential, privileged, or protected by state or federal law.  If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this email and attachments are prohibited.  If you received this email in error, please notify us by reply email immediately so we may arrange for the retrieval of the information.*

From: **Christina Espinosa** l christina@valientemott.com         To: **Lowry**         Thursday, Jul 4 at 9:49 AM

Good morning all.

Attached for your review and approval, is a proposed Stipulation to Extend Discovery Deadlines 60 days to allow sufficient time for inspections and depositions.

We would like to submit this today or latest, Friday (7/5).

Best regards,

Christina

**Christina Espinosa**
**Paralegal**



700 S. 7th Street
Las Vegas, Nevada 89101
O: 702-623-2323
F: 702-623-2323
www.valientemott.com



IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body