AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Frank Schurr, an individual,

                         JUDGMENT IN A CIVIL CASE

             Plaintiffs,

   v.                               Case Number  2:22-cv-01759-CDS-DJA

Twin Restaurant LV-2, LLC, et al,

             Defendants.

     **JUDGMENT is entered in favor the Plaintiff, Frank Schurr, and against the Defendants, Twin Restaurant LV-2, LLC and FAT Brands, Ind, jointly, in the amount of seven hundred thousand and 00/100 ($700,000.00).** This amount includes costs, expenses, interest and, if attorney's fees are permitted by law or contract, attorney's fees.

    Date: <u>July 16, 2025</u>                                      DEBRA K. KEMPI
                                                                   Clerk



                                                              /s/ Wayne Julian
                                                              Deputy Clerk