# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Frank Schurr,

        Plaintiff

v.

Twin Restaurant LV-2, et al.,

        Defendants

Case No. 2:22-cv-01759-CDS-DJA

**Order Denying as Moot Plaintiff's Motion for Partial Summary Judgment**

[ECF No. 85]

      Plaintiff Frank Shurr filed a notice of acceptance of defendants Twin Restaurant LV-2 and Fat Brands, Inc.'s offer of judgment. Notice, ECF No. 96. A clerk's judgment was issued on July 16, 2025. J., ECF no. 97. Therefore, a stipulation of dismissal—or a joint status report addressing dismissal—must be filed on or before September 2, 2025. Further, due to judgment being entered in favor of plaintiff, the pending motion for partial summary judgment **[ECF No. 85] is denied as moot**.

Dated: July 16, 2025

                                        _____
                                        Cristina D. Silva
                                        United States District Judge