**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
Email(s): ghayes@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
Attorneys for Defendant *SYSCO LAS VEGAS, INC.*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| FRANK SCHURR an individual,<br><br>Plaintiff<br><br>v.<br><br>TWIN RESTAURANT LV-2, LLC dba TWIN PEAKS, a domestic limited liability company; TWIN RESTAURANT HOLDING, LLC, a foreign limited liability company; FAT BRANDS INC., a foreign corporation; SYSCO LAS VEGAS, INC., a foreign corporation; SYSCO USA 1, INC., a foreign corporation; SYSCO CORPORATION, a foreign corporation; ROE DISTRIBUTORS I through X; ROE MANUFACTURERS I through X; ROE BUSINESS ENTITIES, I through X; and DOE INDIVIDUALS I through L, Inclusive,<br><br>Defendants | Case No. 2:22-cv-01759-CDS-DJA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO SYSCO LAS VEGAS, INC., SYSCO CORPORATION AND SYSCO USA 1, INC. ONLY** |

IT IS HEREBY STIPULATED AND AGREED TO by Defendants SYSCO LAS VEGAS, INC. by and through counsel, the law firm Tyson & Mendes LLP and Plaintiff FRANK SCHURR by and through counsel, Valiente Mott, LTD. that Plaintiff's complaint and all causes of action as to claims against SYSCO LAS VEGAS, INC., SYSCO CORPORATION AND SYSCO USA 1, INC. be dismissed with prejudice with each party to bear their own fees and costs

///

///

///

1    **IT SO STIPULATED**.

2    DATED this 17th day of November, 2025.          DATED this 17th day of November, 2025.

3    **VALIENTE MOTT, LTD.**                              **TYSON & MENDES, LLP**

4    /s/ *James Trummell*                                  /s/ *Griffith Hayes*

5    _____                          _____

6    MICHAEL S. VALIENTE                                  GRIFFITH H. HAYES
     Nevada Bar No. 14293                                 Nevada Bar No. 7374
7    TIMOTHY A. MOTT                                      2835 St. Rose Pkwy., Suite 140
     Nevada Bar No. 12828                                 Henderson, NV 89052
8    JAMES A. TRUMMELL                                    *Attorneys for Defendant, SYSCO LAS*
     Nevada Bar No. 14127                                 *VEGAS, INC*
9    NICOLE C. BOLICK
     Nevada Bar No. 15015
10   700 South 7th Street
     Las Vegas, NV 89101
11   *Attorneys for Plaintiff*

12

13                                                        Based on the parties' stipulation, Sysco Las
                                                          Vegas, Inc. is dismissed with prejudice, with
14                                                        each party to bear its own costs and fees.

15

16                                                        _____
                                                          **UNITED STATES DISTRICT JUDGE**
17
                                                          Dated: November 24, 2025
18

19

20

21

22

23

24

25

26

27

28