AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Frank Schurr, an individual,

                                    AMENDED JUDGMENT IN A CIVIL CASE

         Plaintiffs,

  v.                                  Case Number  2:22-cv-01759-CDS-DJA

Twin Restaurant LV-2, LLC, et al,

         Defendants.

**JUDGMENT is entered in favor the Plaintiff, Frank Schurr, and against the Defendants, Twin Restaurant LV-2, LLC and FAT Brands, Ind, jointly, in the amount of seven hundred thousand and 00/100 ($700,000.00).  This amount includes costs, expenses, interest and, if attorney's fees are permitted by law or contract, attorney's fees. Post-judgment interest entered in the amount of $3,912.50**

    Date: <u>December 05, 2025</u>                           DEBRA K. KEMPI
                                                              Clerk



                                                                    /s/ RJDG
                                                                    Deputy Clerk